■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BASHIRI MALIK'EL, Appellant. [679 NYS2d 336] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 23, 1996 (*People v Malik'El,* 234 AD2d 566), affirming a judgment of the Supreme Court, Queens County,.rendered October 13, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Krausman, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROLE MARCOTTE, Also Known as CAROLE MARCOTTE BREACH, Appellant. [679 NYS2d 337] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 10, 1997 (*People v Marcotte,* 237 AD2d 379), affirming a judgment of the County Court, Westchester County, rendered April 6, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., Florio, McGinity and Luciano, JJ., concur.